IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES H. FOSTER,

     Plaintiff,

 v.

CITY OF PHILADELPHIA et al.,

     Defendants.

CIVIL ACTION
NO. 12-5851

## ORDER

 **AND NOW**, this 10th day of November, 2014, the Clerk of Court shall docket the attached

Amended Opinion on Defendants' Motions for Summary Judgment dated November 10, 2014.


     BY THE COURT:



     /s/ Joel H. Slomsky
     JOEL H. SLOMSKY, J.